IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE CO., ) ) ) | |
| PLAINTIFF, ) ) | |
| v. ) ) | Case No.: 2:24-cv-01358-JHE |
| PARKING ENFORCEMENT SYSTEMS, INC. and TERRY WHITE, ) ) ) ) ) | |
| DEFENDANTS. ) | |

# **MOTION TO WITHDRAW**

The undesigned is retiring from the practice of law effective December 31, 2024, and moves to withdraw from this case as counsel of record for Plaintiff Progressive Specialty Insurance Company. Attorneys Joseph L. Cowan, II and Katherine E.W. Manning of the law firm of Hand Arendall Harrison Sale, LLC will remain as counsel for Progressive Specialty Insurance Company in this case.

Respectfully submitted,

*J. Mark Hart*
J. Mark Hart (ASB-5059-A61J)
JOSEPH L. COWAN, II (asb-3620-a61j)
KATHERINE E.W. MANNING (ASB-3893-D67V)
***Attorneys for Plaintiff Progressive Specialty Insurance Co.***

1

OF COUNSEL:

HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: mhart@handfirm.com
       jcowan@handfirm.com
       kmanning@handfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been served upon all parties or their attorneys of record by serving a true and exact copy of same by U. S. mail, postage prepaid, and properly addressed, or by electronic filing, this the 4th day of December 2024, as follows:

Parking Enforcement Systems, Inc.
c/o Christopher Andrew Mayer
2011 Oak Lane
Birmingham, Alabama 35226

Thomas C. Donald
Parrish & Donald
1707 29th Court South
Birmingham, AL 35209

                                    */s/ J. Mark Hart*
                                    OF COUNSEL